UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Waldemar Reymundi Villareal, et al
v.
Pedro Beltran, et al

CASE NUMBER: 98-1784 (HL)

RECEIVED & FILED
00 FEB -3 AM 7:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 4.23.99   **Docket #28**<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Motion requesting default judgment | Denied. Juan Rosado Colón and Frederick Sebastian have filed a motion to dismiss. |

Date 2/2/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


