UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Waldemar Reymundi Villareal, et al
v.
Pedro Beltrán, et al

CASE NUMBER: 98-1784 (HL)

## MOTION

Dates Filed: 4.23.99 & 11.1.99   Docket # 27 & 29    [ ] Plffs  [ ] Defts   [ ] Other
Title: Motions to compel discovery

## ORDER

Granted in part. The Court makes the following rulings on the responses by Defendant Beltrán to Plaintiffs' interrogatories:

**Question 3:** Defendant shall describe in detail the nature of the training he received at the police academy.
**Question 4:** Defendant shall provide the details of his degree.
**Question 10:** Defendant shall answer in full this question.
**Question 15:** Plaintiffs should request this information directly from Juan Rosado and Frederick Sebastian.
**Question 20:** Defendant shall answer in full this question.
**Question 21 & 25:** Plaintiffs should request this information directly from the Puerto Rico Police Department.

Defendant Beltrán shall provide appropriate responses to the above-indicated questions by **February 29, 2000.** Failure to do so shall result in the imposition of sanctions, including his being entered in default.

Date 2-2-00

HECTOR M. LAFFITTE
Chief U.S. District Judge


