# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Waldemar Reymundi Villareal, et al
v.
Pedro Beltran, et al

**CASE NUMBER:** 98-1784 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 2.22.00    **Docket #35**<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Motion requesting extension of time to amend complaint | In an order dated February 2, 2000, the Court granted the motions to dismiss filed by Mariano Aponte and Confesor Morales Rodríguez. In that order, the Court granted Plaintiffs until February 18, 2000, to amend the complaint to include specific allegations regarding the conduct of these two defendants. *See* docket no. 31.<br><br>  Plaintiffs now seek additional time for making these amendments. The Court hereby **grants** Plaintiffs until **April 5, 2000,** to amend the complaint. This is the deadline set forth in the Court's scheduling order. *See* docket no. 34. No further extensions shall be granted to this deadline. |

Date 2 24 00

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**



(10