# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Waldemar Reymundi Villareal, et al
v.
Pedro Beltran, et al

CASE NUMBER: 98-1784 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 2.28.00  Docket #37<br>[ ] Plffs  [x] Defts  [ ] Other<br>Title: Pedro Beltrán Rodríguez' Motion in compliance with court order of February 2, 2000 | Noted. |

| MOTION | ORDER |
|---|---|
| Date Filed: 2.28.00  Docket #38<br>[ ] Plffs  [x] Defts  [ ] Other<br>Title: Pedro Beltrán Rodríguez' Motion requesting order | Granted. All parties shall provide Attorney David Calderon, attorney for Pedro Beltrán Rodríguez, with copies of all future filings. Failure to do so shall result in the imposition of sanctions. |

Date 3/1/0)

HECTOR M. LAFFITTE
Chief U.S. District Judge


