Case 3:98-cv-01784-JAG   Document 41   Filed 04/05/2000   Page 1 of 1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Waldemar Reymundi Villareal, et al
v.
Pedro Beltran, et al

CASE NUMBER: 98-1784 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 3.30.00   Docket #40<br>[x] Plffs  [ ] Defts  [ ] Other<br>Title: Motion requesting remedy | Plaintiffs move for an order to compel the production of documents. Plaintiffs have failed, however, to comply with Local Rule 311(11). Therefore, the motion is denied. Moreover, it is not clear that Plaintiffs have notified the Puerto Rico Police Department with a copy of this motion. In the event Plaintiffs raise this issue again in the future, they should correct both of these errors. |

Date 4-4-00

HECTOR M. LAFFITTE
Chief U.S. District Judge

