UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Waldemar Reymundi Villareal, et al
v.
Pedro Beltran, et al

CASE NUMBER: 98-1784 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 5.12.00   Docket #44<br>[ ] Plffs   [ ] Defts   [x] Other<br>Title: Puerto Rico Police Department's motion requesting leave to tender documents in Spanish | Granted. |

| MOTION | ORDER |
|---|---|
| Date Filed: 5.23.00   Docket #45<br>[ ] Plffs   [ ] Defts   [x] Other<br>Title: Puerto Rico Police Department's motion to comply with Local Rule 108 | Granted. |

Date 5/24/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

