# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

WALDEMAR RAIMUNDI VILLAREAL, et al,
   Plaintiffs,

v.

PEDRO BELTRAN RODRIGUEZ, et al,
   Defendants.

Civil No. 98-1784 (HL)



## ORDER

On May 26, 2000, the Court issued an order to address a number of discovery disputes between the parties.[1] The order provided that the Puerto Rico Police Department would provide Plaintiffs with certain information on the Defendant police officers in this case. The Court now has before it a motion from the Police Department and a motion from Plaintiffs, both requesting further orders on these discovery matters. The Court issues the following orders:

1    The Department shall allow Plaintiffs to copy the videotape which is part of the internal investigation of the incident which gave rise to this case. The copying shall take place by **August 15, 2000**, and Plaintiffs shall pay all costs associated with the copying.

2    The Department shall provide Plaintiffs by **August 15, 2000**, with a copy of the psychological evaluation of Frederick Sebastian Muñiz. The Court **orders** Plaintiffs not to disclose the contents of this evaluation to any third party, including Plaintiffs' own experts, without first obtaining leave of the Court to do so. If Plaintiffs wish to include the evaluation as an attachment to a motion to be filed with the Court, the evaluation should be filed separately and under seal. Failure to comply with this order shall result in the imposition of sanctions, including the dismissal of this case in its entirety with prejudice.

---

[1] Docket no. 47.



AO 72A
(Rev.8/82)

Civil No. 98-1784 (HL) 2

3   The Court further **orders** Plaintiffs not to disclose to any third parties the contents of any personnel files that the Department has produced without first obtaining leave of the Court to do so. Failure to comply with this order shall result in the imposition of sanctions, including the dismissal of this case in its entirety with prejudice.

4   The Department shall provide Plaintiffs by **August 22, 2000**, with copies of any disciplinary warnings and administrative complaints made against Defendants Pedro Beltrán Rodríguez, Jorge Luis Ortíz Vázquez, Juan C. Rosado Colón, and Frederick Sebastian Muñiz. Plaintiffs shall pay the reasonable costs of copying these records.

To repeat, Plaintiffs shall maintain the confidentiality of the personnel files and psychological reports provided to them. Additionally, the Court orders that within thirty days of the final judgment resolving this case, Plaintiffs shall return all copies of these records to the Department.

This order disposes of docket numbers 48, 49, 50, 51.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, July 14, 2000.

HECTOR M. LAFFITTE
Chief U.S. District Judge

AO 72A
(Rev.8/82)