## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



Waldemar Reymundi Villareal, et al
v.
Pedro Beltran, et al

**CASE NUMBER:** 98-1784 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:**   **Docket #**<br>[ ] Plffs   [ ] Defts   [x] Other<br>Title: Puerto Rico Police Department's submission of document under seal, dated June 23, 2000 | The Clerk shall enter the submitted psychological report on the docket and shall seal it. It shall remain sealed until otherwise ordered by the Court. |

Date 7/14/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


