UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WALDEMAR REYMUNDI VILLAREAL, et al

    **Plaintiff(s)**

    v.        CIVIL NUMBER: 98-1784(JAG)

OFFICER PEDRO BELTRAN, et al

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/17/00<br>**Title:** Motion to Strike Plaintiffs' Motion to Set the Record Streight (Sic)<br>**Docket:** # 57 & 58<br>[ ] Plffs  [ ] Defts  [x] Other | The Court advises the parties that it does not wish to intervene in disputes that in no way advance the merits of the litigation. Counsel are to make an earnest effort to treat each other in a respectful manner, for the benefit of their clients, as well as the Court's. The Court **DENIES** both the plaintiffs' motion to set the record straight (Docket No. 57) and the Puerto Rico Police Department's motion to strike (Docket No. 58). |

Date: 08/24/00

JAY A. GARCIA-GREGORY
U.S. District Judge

