UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:** DATE:NOVEMBER 8, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA** **CASE NO.CIVIL 98-1784(JAG)**

==================================================================

WALDEMAR REYMUNDI SOSTRE

V

PEDRO BELTRAN

Attorneys:
For Plantiff:

For Defendant:

==================================================================

By Order of the Court the pretrial and trial settings in this case are hereby vacated and set aside. A status conference before Judge Garcia Gregory is hereby scheduled for **Monday, December 11, 2000 at 10:00 AM**

Parties to be notified.

Lily Alicea

Lily Alicea-Courtroom Deputy

s/c to Jury Clerk



(60)