IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WALDEMAR REYMUNDI
VILLAREAL, et al

**Plaintiff(s)**  CIVIL NO.  98-1784(JAG)

v.

OFFICER PEDRO BELTRAN, et al

**Defendant(s)**

## ORDER

The record in this case reveals no serious effort by the plaintiffs to diligently prosecute their case since August, 2000. Besides a November, 2000 docket entry setting aside the Pre-Trial Conference, there have been no further docket entries in the case for the entire 2001 calendar year. Accordingly, plaintiffs are ordered to show cause, within five (5) days from the date of this order, why this case should not be dismissed for failure to prosecute.

In the event plaintiffs survive that hurdle, the Court advises the parties that it believes the case should be more than ready for trial.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15th day of August, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge

