# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

WALDEMAR REYMUNDI VILLAREAL,
et al

**Plaintiff(s)**

v.                                    **CIVIL NUMBER:**    98-1784(JAG)

OFFICER PEDRO BELTRAN, et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/21/00 | The Court accepts plaintiffs' explanations. |
| **Title:** Motion in Compliance with Order | |
| **Docket:** 62 [x ] **Plffs**   [ ] **Defts**   [ ] **Other** | The Court instructs the parties to file a joint motion informing the settlement status of this case and whether settlement is feasible prior to October 1, 2001. The joint motion shall be filed on or before September 21, 2001. If no settlement is likely by October 1, 2001, the parties shall inform as to the status of pending and further discovery and submit a timetable for dispositive motions, pretrial and trial dates. |
| | In their submissions, the parties will also inform whether they would consent to a trial before a Magistrate-Judge of the Court. |

**Date:**   September 7, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

