UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WALDEMAR REYMUNDI VILLAREAL,
et al

    **Plaintiff(s)**

    v.       CIVIL NUMBER: 98-1784(JAG)

OFFICER PEDRO BELTRAN, et al

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/21/01<br>**Title:** Motion in Compliance of Order<br>**Docket:** 64<br>[ ] Plffs   [ ] Defts   [ ] Other | GRANTED. Parties shall inform the Court on the status of settlement on or before October 10, 2001. |

Date: September 27, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

