IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WALDEMAR REYMUNDI
VILLAREAL, et al

**Plaintiff(s)**

v.

OFFICER PEDRO BELTRAN, et al

**Defendant(s)**

CIVIL NO.   98-1784(JAG)

## ORDER

Since the settlement negotiation process appears to have yielded no agreement, the parties shall submit by November 16, 2001 a joint proposed schedule for the remainder of the case. The proposed schedule shall include a Pre-Trial and Settlement Conference date no later than February 28, 2002 and a Trial date no later than March 18, 2002.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6th day of November, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge


