IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WALDEMAR REYMUNDI
VILLAREAL, et al

**Plaintiff(s)**                           CIVIL NO.   98-1784(JAG)

v.

OFFICER PEDRO BELTRAN, et al

**Defendant(s)**

---

## ORDER

On November 8, 2001, the Court ordered the parties to submit a joint proposed schedule for the remainder of the case by November 16, 2001. Docket 68. As of today, November 28, 2001, the parties have not complied with the Court's order. Accordingly, the Court **orders** the parties to show cause, by **November 30, 2001**, why should not be sanctioned for failing to comply with the Court's orders. Furthermore, the parties are ordered to comply with the order in Docket No.68 by November 30, 2001.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of November 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge