IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WALDEMAR REYMUNDI
VILLAREAL, et al

**Plaintiff(s)**                                    CIVIL NO.   98-1784 (JAG)

v.

OFFICER PEDRO BELTRAN, et al

**Defendant(s)**

## ORDER

The Court shall meet with the parties on **January 24, 2002 at 4:00 p.m.** for a Status and Settlement Conference. The Court will also discuss the extent of the parties' compliance with Docket Nos. 68 and 72. Principals for both parties shall be available *throughout the conference* for settlement negotiation purposes. Failure to comply with this order will result in the imposition of sanctions.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17th day of January 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( 10 )
attys/pts
in ICMS