UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:  DATE: JANUARY 24, 3002

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**    CASE NO. CIVIL 98-1784 (JAG)

==================================================================

WALDEMAR REYMUNDI                    Attorneys:

      VS

OFFICER PEDRO BELTRAN

---

By Order of the Court the status/settlement conference set for today at 4:00 PM before Judge Garcia is hereby reset for 5:00 PM before Magistrate Gelpi.

Parties to be notified.

                                                  Lily Alicea/Courtroom Deputy

By Telephone:
Maria Soledad Pinero-Edna
David Calderon-Yvelisse
Marie Cortes-Yvanessa
Hector Melendez Cano-Personally
Miguel Calderon-Angeles


