## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

WALDEMAR REYMUNDI VILLAREAL, et. al.

    Plaintiffs

    v.

OFFICER PEDRO BELTRAN, et. al.

    Defendants

**CIVIL NO. 98-1784 (JAG)**

---

### MINUTES OF PROCEEDINGS

A status conference was held in chambers today. Plaintiffs were represented by Attorney María Soledad Peñeiro-Soler. Defendant Pedro Beltrán was represented by Attorney David Calderón. The remaining defendants are represented by Attorney Miguel Calderón, who was excused. Attorney Marie Cortés-Cortés for the Puerto Rico Justice Department also attended, however, she was excused as the Department does not represent any defendant.

Plaintiffs informed the Court that within five (5) days they will request the dismissal of this action without prejudice, as they have filed a suit against the Commonwealth in state court. Should defendants object to the dismissal of the case without prejudice, they shall do so within ten (10) days.

At San Juan, Puerto Rico this 24th day of January, 2002.

GUSTAVO A. GELPI
United States Magistrate-Judge

