IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WALDEMAR REYMUNDI
VILLAREAL, et al

**Plaintiff(s)**

v.

OFFICER PEDRO BELTRAN, et al

**Defendant(s)**

CIVIL NO.  98-1784(JAG)

---

### ORDER

Magistrate-Judge Gustavo Gelpí gave plaintiffs until February 5, 2002 to request dismissal of this action. They have not done so to date. They **shall** do so by February 15, 2002.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of February 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge


