IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WALDEMAR RAIMUNDI VILLAREAL,
et al

    **Plaintiff(s)**

    v.                             CIVIL NO. 98-1784 (JAG)

OFFICER PEDRO BELTRAN
RODRIGUEZ, et al

    **Defendant(s)**

## JUDGMENT

Upon Motion to Dismiss Without Prejudice filed by plaintiffs (Docket # 79), the Court hereby enters judgment dismissing this action without prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19th day of February 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge



